IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 PM 4: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T    MPHIS

FRANK A. ROBERTSON,

    Plaintiff,

vs.

                               NO. 05-2579- D P
                               JURY DEMANDED

SHELBY COUNTY, TENNESSEE dba
SHELBY COUNTY JAIL DIVISION,
MAYOR A C WHARTON, JR., individually and as Mayor
of Shelby County, SHERIFF MARK H. LUTRELL, Jr.,
individually and as Sheriff of Shelby County, and
UNKNOWN AGENTS OF SHERIFF MARK LUTTRELL or
MAYOR A C WHARTON, JR.,

    Defendants.

---

## ORDER GRANTING MOTION OF SHELBY COUNTY, MAYOR WHARTON
## AND SHERIFF LUTTRELL FOR ENLARGEMENT OF TIME

---

Defendants Shelby County Government, Mayor A C Wharton, Jr., and Sheriff Mark H.

Luttrell, Jr., have moved, by and through counsel, to enlarge the time in which they may respond to

the Complaint filed in this cause in order to gather information and material with which to prepare a

response to the Complaint. Counsel for the Plaintiff has consented to the enlargement.

It appearing to the Court that for good cause shown, the Motion of the Defendants should

be granted and they be allowed an additional sixty (60) days from the date of this Order in which to

file a responsive pleading and/or a motion in this cause.

IT IS SO ORDERED on this the _____3_____ day of _Novenber_, 2005.

BERNICE BOUIE DONALD TU M. Pham
United States District Court Judge/
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11/04/05_

APPROVED:

DEBRA L. FESSENDEN #11818
Assistant Shelby County Attorney
  Attorney for Shelby County,
  Mayor Wharton, and Sheriff Luttrell
160 N. Main, Suite 660
Memphis, Tennessee 38103
(901) 545-4230


FELISA N. COX #20034
Assistant Shelby County Attorney
  Attorney for Shelby County,
  Mayor Wharton, and Sheriff Luttrell
160 N. Main, Suite 660
Memphis, Tennessee 38103
(901) 545-4230


JOHN MICHAEL BAILEY #6941
Attorney for Plaintiff
5978 Knight Arnold Road, Suite 400
Memphis, Tennessee 38115
(901) 529-1010

*Bailey by Debra with permission*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02579 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Felisa N. Cox
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 660
Memphis, TN 38103

John M. Bailey
LAW OFFICES OF JOHN M. BAILEY
5978 Knight Arnold
Ste. 400
Memphis, TN 38115

Honorable Bernice Donald
US DISTRICT COURT